C. STERN & MAYER, INC., Respondent, v. FRED FASSLABEND, Individually and as President of the United Neckwear Cutters Union, an Unincorporated Association Consisting of More than Seven Members, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

GIORGIANA URRUTIA, Appearing by JOHN J. FRESCHI, Her Guardian ad Litem, and RITA GIROSI, Respondents, v. TROY SAVINGS BANK, Appellant, and CLARENCE T. WEAVER, Defendant.— Order denying motion to change venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

NILE H. VANDEWATER, Respondent, v. CHARLES E. LAPP, Appellant.— Order of the County Court of Nassau county granting summary judgment, and·judgment entered thereon, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that there are two issues of fact to be tried: (1) Whether the agreement was that plaintiff, as a part of his services, was to procure the title policy, and (2) whether the acts and conduct of the parties constituted an account stated. Kapper, Hagarty, Seeger, Carswell and Scudder, JJ., concur.

WHITTON AUTOMOTIVE PARTS COMPANY, Respondent, v. YALE ELECTRIC CORPORATION, Appellant. (Appeal No. 1.) — Order granting motion to strike out portions of amended answer affirmed, with ten dollars costs and disbursements. In our opinion the charge complained of at least imported insolvency and so was libelous per se (See Hynds v. Fourteenth Street Store, 159 App. Div. 766, 775, and cases there cited); paragraphs 5 to 19, inclusive, of the amended answer, however, to stand in support of the partial defense in mitigation of damages; defendant, if so advised, to have the privilege of serving within twenty days, upon payment of costs to date, a further amended answer alleging that the acts complained of were made in good faith and without malice. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

WHITTON AUTOMOTIVE PARTS COMPANY, Respondent, v. YALE ELECTRIC CORPORATION, Appellant. (Appeal No. 2.) — Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ANTHONY A. ALLOCCO, Respondent, v. PAULO ALONGE, Appellant.— Application denied, with ten dollars costs.

FRANCES FAVUZZA, Respondent, v. FRANK FAVUZZA, Appellant.— Application denied.

GASTON KOCH & CO., INC., Appellant, v. MORRIS SOMMER, Respondent.— Application denied, with ten dollars costs.

RUDOLPH LEWITUS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Application denied, with ten dollars costs.

MINNIE ROTHSTEIN, Respondent, v. JACOB EDELSTEIN, Appellant. — Application denied, with ten dollars costs.

LLOYD SMITH, Respondent, v. JOHN HANSON, Appellant.— Application granted.

LLOYD SMITH, JR., an Infant, by LLOYD SMITH, His Guardian ad Litem, Respondent, v. JOHN HANSON, Appellant.— Application granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LAUTNER, Relator, v. JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.